# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| INSILCO TECHNOLOGIES, INC., et al., | Case No. 02-13672 (KJC) |
| Debtors. | (Jointly Administered) |

| | |
|---|---|
| AMPHENOL CORPORATION and AMPHENOL TECHNICAL PRODUCTS INTERNATIONAL CO., | |
| Plaintiff, | |
| v. | Adv. Proc. No. 05-52403 |
| CHAD SHANDLER, AS TRUSTEE OF THE INSILCO LIQUIDATING TRUST - UNSECURED CREDITOR SERIES, | |
| Defendant. | |

## DESIGNATION OF ADDITIONAL ITEMS FOR THE RECORD ON APPEAL AND CLARIFICATION OF ISSUES PRESENTED ON APPEAL BY APPELLEE CHAD SHANDLER, AS TRUSTEE OF THE INSILCO LIQUIDATING TRUST- UNSECURED CREDITOR SERIES

Chad Shandler, as Trustee of the Insilco Liquidating Trust - Unsecured Creditor Series (the "Appellee"), by his counsel Arent Fox PLLC and Drinker Biddle & Reath LLP, hereby submits the following designation of additional items for the record on appeal.  The Appellee respectfully reserves the right to supplement and amend the record designations appearing herein.

WM\6183\1

**Designation of Additional Items to be Included in the Record on Appeal**

1.      From the Chapter 11 Docket:  In re Insilco Technologies, Inc., Ch. 11 Case No.

02-13672 (KJC)

| Docket Date | Docket No. | Title of Filing |
|---|---|---|
| 02/13/2004 | 1019 | Amended Plan Filed by Insilco Technologies, Inc. |
| 06/10/2004 | 1173 | Findings of Fact and Conclusions of Law and Order Confirming the Amended Joint Liquidating Plan. |
| 07/14/2004 | 1218 | Transcript of Hearing on June 10, 2004. |

**Clarification of State of Issue Presented on Appeal**

In the Statement of Issues on Appeal, the Appellants, Amphenol Corporation and

Amphenol Technical Products International Co (together, "Amphenol" or the "Appellants"),

state as their first Statement of Issues Presented on Appeal, "[w]hether the Bankruptcy Court

erred in granting Defendant's motion to dismiss on the merits in the Amphenol Adversary

Proceeding wherein Amphenol sought a declaration that the Debtor and its successors and

assigns released and waived any right to bring a preference action against its former wholly-

owned subsidiary, Precision Cable de Mexico ("PCM"), under the terms of the Sale Agreement

and Sale Order whereby the Debtors sold all shares of PCM to Amphenol in exchange for

payments totaling  $1,176,582.10."  Appellee submits that may be a clerical error.  As stated in

Appellants' Complaint for Declaratory and Injunctive Relief, the consideration paid for the

shares of PCM was "approximately $10,000,000."  The amount of $1,176,582.10 represents the

alleged preferential payment(s) set forth in the Complaint To Avoid And Recover Preferential

Transfers Of Property Pursuant To 11 U.S.C. § § 547 And 550 And To Disallow Claims

Pursuant to 11 U.S.C. § 502(d), filed by the Appellee.

Dated: October 16, 2006

**DRINKER BIDDLE & REATH LLP**

/s/ Howard Cohen
Howard Cohen (DE 4082)
David Primack (DE 4449)
1100 North Market Street, Suite 1000
Wilmington, DE  19801
Telephone: (302) 467-4200
Facsimile:  (302) 467-4201

- and -

ARENT FOX PLLC

Andrew Silfen
Christopher J. Giaimo
Sally Siconolfi
1675 Broadway
New York, NY 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990

*Attorneys for Chad Shandler, as Trustee of
the Insilco Liquidating Trust - Unsecured
Creditor Series*