IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE:  Insilco Technologies, Inc.

| | |
|---|---|
| Amphenol Corporation, *et al.*, | |
| Appellant | Civil Action No. 06-671 |
| v. | |
| Chad Shandler, as Trustee of the Insilco Liquidating Trust – Unsecured Creditor Series, | Bankruptcy Case No. 02-13672<br>Bankruptcy Appeal No. 06-62 |
| Appellee | |

## MEDIATOR'S STATUS REPORT

David B. Stratton, Court appointed mediator in the above matter, hereby reports on the status of the above-referenced adversary proceeding as follows:

1. This case has settled.

Dated:  April 23, 2007

PEPPER HAMILTON LLP

By: _____
David B. Stratton (Del. Bar ID 960)
1313 Market Street
Suite 5100
Wilmington, DE 19801
Tel:  (302) 777-6566
Fax:  (302) 421-8390

#8512122 v2

## CERTIFICATE OF SERVICE

I, David B. Stratton, do hereby certify that on April 23, 2007 a copy of the within Mediator's Status Report was served via First Class Mail, postage pre-paid, upon the following counsel of record:

David P. Primack, Esq.
Drinker Biddle & Reath LLP
1100 North Market Street
Suite 1000
Wilmington, DE 19801

Scotta McFarland, Esq.
James E. O'Neill, Esq.
Pachulski Stang Ziehl Young Jones & Weintraub
919 N. Market Street
16th Floor
Wilmington, DE 19899-8705

Andrew Silfen, Esq.
Arent Fox LLP
1675 Broadway
New York, NY 10019-5820

David A. Crichlow, Esq.
Harry E. Garner, Esq.
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036

_____
David B. Stratton

#8512151 v1