**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>INSILCO TECHNOLOGIES, INC., <u>et al.</u>,<br><br>       Debtors.<br><br>AMPHENOL CORPORATION and<br>AMPHENOL TECHNICAL PRODUCTS<br>INTERNATIONAL CO.,<br><br>       Appellants,<br><br>     v.<br><br>CHAD SHANDLER, AS TRUSTEE OF THE<br>INSILCO LIQUIDATING TRUST -<br>UNSECURED CREDITOR SERIES,<br><br>       Appellee. | Chapter 11<br><br>Case No. 02-13672 (KJC)<br><br>(Jointly Administered)<br><br><br><br><br>District Court Case No. 06-0671 (GMS) |

## AGREEMENT AND ORDER DISMISSING APPEAL

Pursuant to Rule 8001(c)(2) of the Federal Rules of Bankruptcy Procedure, the

undersigned parties hereby agree and stipulate to the dismissal of the above-captioned appeal,

with prejudice, each party to bear its own costs.

This Agreement may be executed in any number of counterparts and all facsimile signatures shall be treated as originals for all purposes.

PACHULSKI STANG ZIEHL YOUNG
JONES & WEINTRAUB LLC

*[signature]*

Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Scotta E. McFarland (DE Bar No. 4184)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
    (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

and

PILLSBURY WINTHROP SHAW PITTMAN LLP
David A. Crichlow (admitted *pro hac vice*)
Harry E. Garner (admitted *pro hac vice*)
1540 Broadway
New York, NY 10036
Telephone: 212.858.1000
Facsimile: 212.858.1500

Co-Counsel for the Appellants

DRINKER BIDDLE & REATH LLP

*[signature]*

Howard A. Cohen (DE Bar No. 4082)
David P. Primack (DE Bar No. 4449)
1100 North Market Street
Suite 1000
Wilmington, DE 19801-1254
(302) 467-4200

and

ARENT FOX LLP
Andrew I. Silfen
Christopher J. Giaimo
Sally Siconolfi
1675 Broadway
New York, NY 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990

Co-Counsel for Appellee

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>INSILCO TECHNOLOGIES, INC., <u>et al.</u>,<br><br>               Debtors. | Chapter 11<br><br>Case No. 02-13672 (KJC)<br><br>(Jointly Administered) |

AMPHENOL CORPORATION and
AMPHENOL TECHNICAL PRODUCTS
INTERNATIONAL CO.,

               Appellants,

     v.

CHAD SHANDLER, AS TRUSTEE OF THE
INSILCO LIQUIDATING TRUST -
UNSECURED CREDITOR SERIES,

               Appellee.

District Court Case No. 06-0671 (GMS)

**ORDER**

Upon agreement of the parties, it is ORDERED that this Appeal is hereby

dismissed, with prejudice, each party to bear its own costs.


_____
The Honorable Gregory M. Sleet
Judge, United States District Court

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>INSILCO TECHNOLOGIES, INC., <u>et al.</u>,<br><br>Debtors. | Chapter 11<br><br>Case No. 02-13672 (KJC)<br><br>(Jointly Administered) |
| AMPHENOL CORPORATION and<br>AMPHENOL TECHNICAL PRODUCTS<br>INTERNATIONAL CO.,<br><br>Appellants,<br><br>v.<br><br>CHAD SHANDLER, AS TRUSTEE OF THE<br>INSILCO LIQUIDATING TRUST -<br>UNSECURED CREDITOR SERIES,<br><br>Appellee. | District Court Case 06-0671 (GMS) |

### <u>CERTIFICATE OF SERVICE</u>

I, James E. O'Neill, hereby certify that on the 31st of May, 2007, I caused a copy

of the following document to be served on the individuals on the attached service list in the

manner indicated:

**AGREEMENT AND ORDER DISMISSING APPEAL**

_(signature)_
_____
James E. O'Neill (Bar No. 4042)

70916-001\DOCS_DE:112579.1

Insilco Liquidating Trust Service List
Document No. 112578
01 – Hand Delivery
03 – First Class Mail

**Hand Delivery**
(Counsel for Chad Shandler, as Trustee of
the Insilco Liquidating Trust – Unsecured
Creditor Series)
David P. Primack, Esquire
Howard A. Cohen, Esquire
Drinker Biddle & Reath LLP
1100 North Market Street, Suite 1000
Wilmington, DE  19801

**First Class Mail**
(Trustee of the Insilco Liquidating Trust –
Unsecured Creditor Series)
Chad Shandler, Esquire
Traxi, LLC
212 West 35th Street, 4th Floor
New York, NY  10001

**First Class Mail**
(Counsel for Chad Shandler, as Trustee of
the Insilco Liquidating Trust – Unsecured
Creditor Series)
Andrew Silfen, Esquire
Arent Fox PLLC
1675 Broadway
New York, NY  10019

**First Class Mail**
(Counsel for Chad Shandler, as Trustee of
the Insilco Liquidating Trust – Unsecured
Creditor Series)
Mary Joanne Dowd, Esquire
David J. Witten, Esquire
Arent Fox PLLC
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036-5339

70916-001\DOCS_DE:112578.1