IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>INSILCO TECHNOLOGIES, INC., et al.,<br><br>Debtors.<br><br>AMPHENOL CORPORATION and AMPHENOL TECHNICAL PRODUCTS INTERNATIONAL CO.,<br><br>Appellants,<br><br>v.<br><br>CHAD SHANDLER, AS TRUSTEE OF THE INSILCO LIQUIDATING TRUST - UNSECURED CREDITOR SERIES,<br><br>Appellee. | Chapter 11<br><br>Case No. 02-13672 (KJC)<br><br>(Jointly Administered)<br><br><br><br><br><br>District Court Case No. 06-0671 (GMS) |

## ORDER

Upon agreement of the parties, it is ORDERED that this Appeal is hereby dismissed, with prejudice, each party to bear its own costs.

The Honorable Gregory M. Sleet
Judge, United States District Court

FILED

JUN - 4 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE